# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 22, 2019

## NO. 03-18-00280-CV

**Walter Zawislak, MD, Appellant**

**v.**

**Dr. John Bruce Moskow, MD, Appellee**

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on March 20, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.